UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **VENGROFF INVESTMENTS, LP,**<br><br>      **Plaintiff**<br><br>      **- versus -**<br><br>**Motor Yacht KAMELOT, her engines, boilers, machinery, anchors, gear, equipment, and all other appurtenances,** *in rem*<br><br>      **Defendant** | **MOTION FOR ORDER AUTHORIZING CLERK TO <u>ISSUE A WARRANT OF ARREST</u>** |

      COMES NOW the Plaintiff, Vengroff Investments LP, by counsel, pursuant to Rule C(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, annexed to the Federal Rules of Civil Procedure, and moves this Honorable Court to order the Clerk to issue a Warrant of Arrest for the Defendant Vessel, M/Y KAMELOT (Official No. 528568). This motion is based upon the information included in the Verified Complaint setting forth that the conditions for an action *in rem* exist in this case, which describes with particularity the vessel that is the subject of this action and states that the vessel is now or, during the pendency of this action, will be, within this District and within the jurisdiction of this Honorable Court.

      Based upon the foregoing, it is respectfully submitted that the requirements of Supplemental Rule C(3) have been met and, thus, it is appropriate for the Court to authorize issuance of a Warrant for Arrest.

      LENNON, MURPHY & PHILLIPS LLC
      Attorneys for Vengroff Investments, LP

By: *[signature]*

      _____
      Charles E. Murphy
      1599 Post Road East
      Westport, CT  06880
      (203) 256-8600 – Tel.   (203) 256-8615 – Fax
      cmurphy@lmplaw.net